**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREGORY WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**Commissioner of the**<br>**Social Security Administration,**<br><br>Defendant. | NO. CV 05-6038-MAN<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: January 11, 2008

                                              /s/
                                    MARGARET A. NAGLE
                          UNITED STATES MAGISTRATE JUDGE